# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Elizabeth A. Spehar,                               Civil No. 10-4347 (RHK/LIB)

               Plaintiff,                               **ORDER**

vs.

Jerilyn M. Leyendecker,

               Defendant.

---

     This matter is venued in the Fifth Division.

     All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  October 26, 2010

                             s/Richard H. Kyle
                             RICHARD H. KYLE
                             United States District Judge