## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Elizabeth A. Spehar, | Civil No. 10-4347 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| v. | |
| Jerilyn M. Leyendecker, | |
| Defendant. | |

_____

The Court has been advised that Magistrate Judge Brisbois has scheduled a reconvened settlement conference for January 11, 2012.  This case is now rescheduled for a jury trial in Duluth on Monday, January 23, 2012 beginning at 9:00 a.m.  All trial materials shall be served and filed by January 18, 2012.

Dated:   December 14, 2011

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United State District Judge