## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Elizabeth A. Spehar, | Civil No. 10-4347 (RHK/LIB) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| Jerilyn M. Leyendecker, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal (Doc. No. 24), **IT IS ORDERED** that this action, including all claims, cross-claims and counterclaims, is **DISMISSED WITH PREJUDICE** on the merits and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 27, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge